■ STEPHEN G. GLATZER, Petitioner, v FRANCIS X. SMITH, Respondent.—Application, pursuant to CPLR article 78, unanimously denied and the

petition dismissed, without costs and without disbursements. No opinion. Concur—Birns, J. P., Fein, Markewich, Lupiano and Ross, JJ.